ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

**FILED**

Jan 17 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JULIO SANCHEZ,<br><br>    Defendant. | CASE NO. 3:25-mj-70050 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE<br><br>UNDER SEAL |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on January 16, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a

    ☒    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the Middle District of Florida, Case Number 8:24-cr-541 KKM-AEP.

In that case (copy of criminal complaint attached), the defendant is charged with the following violations, which carry the following maximum penalties:

- 18 U.S.C. § 371 (Conspiracy to commit offense or to defraud the United States)
    - Not more than 5 years imprisonment and/or $250,000 fine; 3 years supervised release; $100

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: January 16, 2025

/s/ _____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

v. 7/10/2018